HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH KORMAN SINCLAIR,<br><br>Defendant. | NO. CR24-073-JCC<br><br>ORDER CONTINUING TRIAL DATE AND RELATED DATES |

THIS MATTER having come before the Court on an unopposed motion of the Defendant for a continuance of the trial and the pretrial motions due date, and the Court having considered the facts set forth in the motion and the records and files herein, the Court FINDS as follows:

1. That the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation and that these factors outweigh the best interests of the public and Defendant in a speedy trial.

2. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a

ORDER CONTINUING TRIAL DATE AND RELATED DATES – 1
[United States v. Sinclair, No. CR24-073-JCC]

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

3. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to review discovery and effectively prepare for trial. All of these factors outweigh the best interests of the public and Defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued to February 23, 2026 and that the pretrial motions deadline is reset to November 14, 2025.

IT IS FURTHER ORDERED that the resulting period of delay from the filing of the motion to continue to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

DONE this 5th day of May 2025.

_____
HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Todd Maybrown
Todd Maybrown
Attorney for Kenneth Sinclair

ORDER CONTINUING TRIAL DATE AND RELATED DATES – 2
[United States v. Sinclair, No. CR24-073-JCC]

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681