The Honorable John Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH KORMAN SINCLAIR,<br><br>　　　　　Defendant. | NO. CR24-073-JCC<br><br>(~~PROPOSED~~) ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

The Court, having reviewed the Defendant's Unopposed Motion to Modify the Conditions of Release (**Dkt 32**), enters the following order:

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Modify the Conditions of Release is GRANTED. The Defendant shall be permitted to remain outdoors on the deck at the back of the family home as part of his worship during the upcoming Jewish holiday of Sukkot (October 6, 2025 to October 13, 2025). All other conditions shall remain in full force and effect.

DATED this 12th day of September 2025.

*/s/ John C Coughenour*
_____
Honorable John C, Coughenour
United States District Court District Judge

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO
MODIFY CONDITIONS OF RELEASE– 1
[No. CR24-073-JCC]

**Allen, Hansen, Maybrown &
Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681