The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH SINCLAIR, <br><br> Defendant. | NO. CR24-073-JCC <br><br> [~~Proposed~~] ORDER EXTENDING PRETRIAL MOTIONS DEADLINE |

THE COURT, having reviewed the parties' stipulated motion (**Dkt 35**) and the records and files in this case, hereby GRANTS the motion and ORDERS that the pretrial motions deadline is extended from November 14, 2025 to December 5, 2025.

//
//
//

(~~Proposed~~) Order Extending Pretrial Motions Deadline - 1
*United States v. Kenneth Sinclair* / CR24-073-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this  17th day of November, 2025.

*[signature: John C. Coughenour]*

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jessica M. Ly*
JESSICA M. LY
Special Assistant United States Attorney

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

*s/ Todd Maybrown*
TODD MAYBROWN
Attorney for Defendant Kenneth Sinclair

(Proposed) Order Extending Pretrial Motions Deadline - 2
*United States v. Kenneth Sinclair* / CR24-073-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970