The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR24-073-JCC |
|---|---|
| Plaintiff, | |
| v. | [~~Proposed~~] ORDER EXTENDING PRETRIAL MOTIONS DEADLINES |
| KENNETH KORMAN SINCLAIR, | |
| Defendant. | |

THE COURT, having reviewed the parties' stipulated motion and the records and files in this case, hereby GRANTS the motion and ORDERS that the pretrial motions deadline is extended from December 5, 2025 to December 12, 2025.

//

//

[~~Proposed~~] ORDER EXTENDING PRETRIAL
MOTIONS DEADLINE– 1
[United States v. Sinclair, CR24-073-JCC]

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

IT IS SO ORDERED.

DATED this 3rd day of December 2025.

*[signature: John C. Coughenour]*

JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ Todd Maybrown
TODD MAYBROWN
Attorney for Defendant Kenneth Sinclair

/s/ Matthew P. Hampton
MATTHEW P. HAMPTON
Assistant United States Attorney

[Proposed] ORDER EXTENDING PRETRIAL MOTIONS DEADLINE– 2
[United States v. Sinclair, CR24-073-JCC]

Allen, Hansen, Maybrown
& Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681